

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2014

No. 04-12-00435-CR

Andre **SCALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8106
Honorable Ron Rangel, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the motion for rehearing is GRANTED. Time is extended to March 21, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court